■ Southtowns Nissan, Inc., Appellant, v Nissan Division of Nissan Motor Corporation in USA et al., Respondents. [827 NYS2d 905]—Appeal from an order (denominated order and judgment) of the Supreme Court, Erie County (Eugene M. Fahey, J.), entered December 1, 2005 in a breach of contract action. The order granted defendants' motion for summary judgment dismissing the amended complaint.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court. Present—Hurlbutt, J.P., Lunn, Peradotto and Green, JJ.